UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 28, 2025

## Notice

Mr. Zachary Lewis Barker
Office of the Attorney General of Tennessee
500 Dr. Martin L. King Boulevard, Suite 3214
Nashville, TN 37219

Mr. James Carter Linger
Law Office
1710 S. Boston Avenue
Tulsa, OK 74119

Re: No. 24-5856
*Christopher Darnell, et al v. Tre Hargett, et al*

Dear Counsel:

The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Thursday, May 8, 2025**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

Sincerely yours,

s/Karen S. Fultz
Calendar Deputy